## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Independence Plus, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-0930365** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3150 N. 35th Avenue, Suite 2**<br>**Phoenix, AZ 85017**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **indplus.org** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6117__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | | Case number, if known |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Independence Plus, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 8, 2024**
MM / DD / YYYY

**X** **/s/ Gregory Triandafilou**
Signature of authorized representative of debtor

**Gregory Triandafilou**
Printed name

Email Address of debtor

Title **Executive Director**

**18. Signature of attorney**

**X** **/s/ Lindsi M. Weber**
Signature of attorney for debtor

Date **March 8, 2024**
MM / DD / YYYY

**Lindsi M. Weber**
Printed name

**The Burgess Law Group**
Firm name

**3131 E Camelback Road**
**Suite 224**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

Contact phone **(602) 806-2100**        Email address **lindsi@theburgesslawgroup.com**

**025820 AZ**
Bar number and State

# CERTIFICATE OF CORPORATE RESOLUTION

## INDEPENDENCE PLUS, INC.

The undersigned officer of this corporation certifies that the following resolutions were unanimously passed at a duly organized meeting of the Board of Directors on January 24, 2024:

WHEREAS the Board of Directors (the "Board") and management of Independence Plus, Inc. (the "Corporation"), an Arizona nonprofit corporation with its principal place of business at 3150 N. 35th Avenue, #2, Phoenix, AZ 85017, have been evaluating and considering strategies and alternatives to address the Corporation's financial distress and operational challenges in consultation with the Corporation's officers and counsel; and

WHEREAS the Board has determined in the exercise of its best business judgment that it is in the best interests of the Corporation, its creditors, the adults with developmental disabilities who utilize the Corporation's services, and all other interested parties for the Corporation to file a petition seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code;

IT IS RESOLVED that:

1. The Chief Executive Officer, Dr. Gregory Triandafilou, or any other of the Corporation's officers he may designate, including the President of the Board, Victoria Turns (each, an "Authorized Officer" who acts at all times in the Corporation's name and on the Corporation's behalf) are authorized and instructed to engage the services of Burgess Law Group as the Corporation's bankruptcy counsel ("Bankruptcy Counsel") in accordance with the terms set forth in an engagement agreement the Authorized Officer may enter into with Bankruptcy Counsel, which must include the provision that all legal services in connection with these Resolutions are to be provided to the Corporation *pro bono;*

2. The Authorized Officer is authorized and instructed to cause a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, including but not limited to a Petition under Subchapter V of Chapter 11 if and to the extent appropriate, on the Corporation's behalf (the "Chapter 11 Petition") to be prepared;

3. The Authorized Officer is authorized and instructed to cause the Chapter 11 Petition to be executed and verified in the manner and in the form advised by Bankruptcy Counsel;

4. At the date and time Bankruptcy Counsel advises, the Authorized Officer is authorized and instructed to cause Bankruptcy Counsel to file the Chapter 11 Petition with the United States Bankruptcy Court for the District of Arizona, in Phoenix, to commence a case under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case");

5.  The Authorized Officer is authorized and instructed to make any arrangements deemed necessary or proper for the Corporation to use existing cash-on-hand or to borrow additional funds as a debtor-in- possession under Chapter 11 of the Bankruptcy Code by negotiating and agreeing with potential lenders as to the terms and amounts of any such borrowings and to grant any security interests in the Corporation's assets and to execute and deliver appropriate agreements for such debtor-in- possession financing in connection with the Bankruptcy Case;

6.  The Authorized Officer is authorized and instructed to execute and direct Bankruptcy Counsel to file all documents, declarations, schedules, statements, motions, applications, pleadings, and other papers in connection with the Bankruptcy Case and take any action that Bankruptcy Counsel deems necessary or proper, including the ordinary course operation of the Corporation's business, the orderly cessation of the Corporation's business, an assignment of one or more of the Corporation's programs to other qualified providers, an orderly and safe transfer of any person utilizing the Corporation's services to one or more other qualified providers, an assignment of one or more of the Corporation's real property leases, a sale of any of the Corporation's assets, and any other transaction deemed necessary or proper to protect and advance the interests of the Corporation's creditors and parties-in-interest, all on the advice and with the guidance of Bankruptcy Counsel;

7.  All authorized acts or agreements undertaken by any Authorized Officer on the Corporation's behalf before these Resolutions were adopted, done or made in connection with these Resolutions, are authorized, approved, ratified, and adopted as the Corporation's acts or agreements.

/s/ _____

Victoria Turns, President of the Board
January 24, 2024

2

**Fill in this information to identify the case:**

Debtor name    **Independence Plus, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    _____

☐ Check if this is an
    amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>March 8, 2024</u>    **X** */s/ Gregory Triandafilou*
                                      Signature of individual signing on behalf of debtor

                                      **Gregory Triandafilou**
                                      Printed name

                                      **Executive Director**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name __Independence Plus, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADT Commercial PO Box 219044 Kansas City, MO 64121-9044** | | **Security Services** | | | | **$0.00** |
| **Century Link PO Box 91155 Seattle, WA 98111-9255** | | **Phone service** | | | | **$0.00** |
| **Chase Ink Card Services PO Box 6294 Carol Stream, IL 60197-6294** | | **Business Credit Card** | | | | **$69,789.12** |
| **Cox Business PO Box 53249 Phoenix, AZ 85072-3249** | | **Internet** | | | | **$0.00** |
| **Gregory Triandafilou 6333 N 14th St Phoenix, AZ 85014** | | | | | | **$58,981.05** |
| **Republic Bank of Arizona - BL 645 E. Missouri Ave Ste 108 Phoenix, AZ 85012** | | **Promissory Note** | | | | **$49,000.00** |
| **Republic Bank of Arizona - PPP Loan 645 E. Missouri Ave Ste 108 Phoenix, AZ 85012-1314** | | **PPP Loan** | | | | **$16,834.20** |

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.....................................................................................................    $      0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................................    $      114,980.13

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................................    $      114,980.13

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      194,604.37

4.   **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b          $      194,604.37

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor name   **Independence Plus, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$116.65** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1.  **Republic Bank of Arizona** | **Business Checking** | | **$87,217.92** |
|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$87,334.57**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

Case 2:24-bk-01730-PS    Doc 1    Filed 03/08/24    Entered 03/08/24 10:50:23    Desc
Main Document      Page 10 of 38

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Office Equipment and Furniture** | **$5,145.56** | **Liquidation** | **$5,145.56** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$5,145.56** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Case 2:24-bk-01730-PS    Doc 1    Filed 03/08/24    Entered 03/08/24 10:50:23    Desc
Main Document    Page 11 of 38

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2012 Toyota Sienna Van #25** | **$0.00** | Comparable sale | **$9,000.00** |
| 47.2. | **2020 Ford Transit Van #24 - Section 5310 Grant program vehicle non-transferable** | **$0.00** | | **$0.00** |
| 47.3. | **2019 Chevy Express Van #23 - Section 5310 Grant program vehicle non-transferable** | **$0.00** | | **$0.00** |
| 47.4. | **2018 Chevy Express Van #22 - Section 5310 Grant program vehicle non-transferable** | **$0.00** | | **$0.00** |
| 47.5. | **2018 Chevy Express Van #21 - Section 5310 Grant program vehicle non-transferable** | **$0.00** | | **$0.00** |
| 47.6. | **2017 Fort Transit Van #20 - Section 5310 Grant program vehicle non-transferable** | **$0.00** | | **$0.00** |
| 47.7. | **2015 Ford Transit Van #19** | **$0.00** | Comparable sale | **$13,500.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                            $22,500.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office Space: 3150 N. 35th Avenue, Suite 2, Phoenix, AZ 85017 Garage Space: 3807 N. 34th Avenue, Phoenix, AZ 85017** | **Leased Office Space and Garage Space** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**                                   **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>indplus.org | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66. **Total of Part 10.**                                 **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.   Go to Part 12.

      ☐ Yes Fill in the information below.

Debtor **Independence Plus, Inc.**
Name

Case number *(If known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $87,334.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,145.56 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $114,980.13 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $114,980.13 |

Fill in this information to identify the case:

Debtor name  **Independence Plus, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name    **Independence Plus, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Adobe<br>345 Park Ave<br>San Jose, CA 95110-2704 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | ADT Commercial<br>PO Box 219044<br>Kansas City, MO 64121-9044 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | **Basis for the claim:** **Security Services** | |
| | Last 4 digits of account number **6851** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | AmTrust Financial<br>800 Superior Avenue E<br>Cleveland, OH 44114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | **Basis for the claim:** **Workers Compensation Insurance** | |
| | Last 4 digits of account number **8748** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | APS<br>PO Box 37812<br>Boone, IA 50037-0812 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | **Basis for the claim:** **Garage Electric** | |
| | Last 4 digits of account number **1521** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-----|------------------------------------------------|---------------------------------------------------------------------|-------|

**Arizona/Phoenix Industrial Properties**
**5100 N. 40th Street**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  **3411**

Basis for the claim:  **Garage Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-----|------------------------------------------------|---------------------------------------------------------------------|-------|

**Banner Aetna Group Health**
**PO Box 775392**
**Chicago, IL 60677-5392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  **5639**

Basis for the claim:  **Employee Health Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|------------------------------------------------|---------------------------------------------------------------------|---------|

**Century Link**
**PO Box 91155**
**Seattle, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  **8118**

Basis for the claim:  **Phone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,789.12 |
|-----|------------------------------------------------|---------------------------------------------------------------------|------------|

**Chase Ink Card Services**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  **4305**

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-----|------------------------------------------------|---------------------------------------------------------------------|-------|

**Circle K Fleet**
**PO Box 639**
**Portland, ME 04104-0639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  **6388**

Basis for the claim:  **Vehicle Fuel Cards**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Cox Business**
**PO Box 53249**
**Phoenix, AZ 85072-3249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  **5801**

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-------|

**Devoted Billing Service**
**232 Mansell Hill Rd**
**Gainesboro, TN 38562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  _

Basis for the claim:  **Billing Service**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:24-bk-01730-PS    Doc 1    Filed 03/08/24    Entered 03/08/24 10:50:23    Desc
Main Document      Page 18 of 38

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Equus Management Co. AZ LLC**
**8888 E. Raintree Dr. Suite 155**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:** __Building Lease__

Last 4 digits of account number __1473__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Globe Life Liberty National**
**PO Box 248889-73124**
**Oklahoma City, OK 73124-8889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:** __Employee Insurance__

Last 4 digits of account number __1588__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,981.05 |
|---|---|---|---|

**Gregory Triandafilou**
**6333 N 14th St**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Aug-Dec 2023__

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guide One Insurance**
**1111 Ashworth Road**
**West Des Moines, IA 50265-3538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:** __Liability and Auto Insurance__

Last 4 digits of account number __0526__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**M&E Cleaning (Eric Looper)**
**19589 W. Grant St**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:** __Janitorial Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Netflix**
**5808 Sunset Blvd**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,000.00 |
|---|---|---|---|

**Republic Bank of Arizona - BL**
**645 E. Missouri Ave**
**Ste 108**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/3/22__

**Basis for the claim:** __Promissory Note__

Last 4 digits of account number __7400__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,834.20 |
|---|---|---|---|

**Republic Bank of Arizona - PPP Loan**
645 E. Missouri Ave
Ste 108
Phoenix, AZ 85012-1314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __PPP Loan__

Last 4 digits of account number __0010__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Secure Care Group Insurance**
PO Box 29697
Phoenix, AZ 85038-9697

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:** __Employee Vision/Dental/Life Insurance__

Last 4 digits of account number __6224__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SRP**
PO Box 2951
Phoenix, AZ 85062-2951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:** __Electric__

Last 4 digits of account number __Multiple__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**T-Mobile**
PO Box 742596
Cincinnati, OH 45274-2596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:** __Employee cell phones__

Last 4 digits of account number __6402__

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Pegasus West Valley North Owner LLC**<br>PO Box 743229<br>Los Angeles, CA 90074-3229 | Line __3.12__<br><br>☐ Not listed. Explain _____ | __Landlord for Building Lease__ |

---

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 194,604.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 194,604.37 |

---

Fill in this information to identify the case:

Debtor name    **Independence Plus, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Software License** | |
| State the term remaining — **Unknown** | **Adobe**<br>**345 Park Ave**<br>**San Jose, CA 95110-2704** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Qualified Vendor Agreement with ADES/DDD** | |
| State the term remaining — **6/30/24** | **Arizona Department of Economic Security**<br>**1789 W. Jefferson**<br>**Mail Drop 2HC3**<br>**Phoenix, AZ 85007** |
| List the contract number of any government contract — **05948** | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Garage Lease** | |
| State the term remaining — **5/24** | **Arizona/Phoenix Industrial Properties**<br>**5100 N. 40th Street**<br>**Phoenix, AZ 85018** |
| List the contract number of any government contract | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **CFDA 20.513 Grant Pass Thru Agreement (Section 5310 transit program) No. 143612 (2017 Ford Transit 350 Van with Wheelchair Lift)** | |
|---|---|---|---|
| | State the term remaining | **Until disposition** | **City of Phoenix-Public Transit Director 302 N. 1st Avenue, Suite 900 Phoenix, AZ 85003** |
| | List the contract number of any government contract | **AZ-2016-017-00** | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **CFDA 20.513 Grant Pass Thru Agreement (Section 5310 transit program) No. 146523 (Two Chevrolet Express Passenger Vans)** | |
|---|---|---|---|
| | State the term remaining | **Until disposition** | **City of Phoenix-Public Transit Director 302 N. 1st Avenue, Suite 900 Phoenix, AZ 85003** |
| | List the contract number of any government contract | **AZ-2018-001-00** | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **CFDA 20.513 Grant Pass Thru Agreement (Section 5310 transit program) No. 151183 (2020 Ford Transit Van)** | |
|---|---|---|---|
| | State the term remaining | **Until disposition** | **City of Phoenix-Public Transit Director 302 N. 1st Avenue, Suite 900 Phoenix, AZ 85003** |
| | List the contract number of any government contract | **AZ-2019-038-00** | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **CFDA 20.513 Grant Pass Thru Agreement (Section 5310 transit program) No. 149340 (2019 Chevy Express Van)** | |
|---|---|---|---|
| | State the term remaining | **Until disposition** | **City of Phoenix-Public Transit Director 302 N. 1st Avenue, Suite 900 Phoenix, AZ 85003** |
| | List the contract number of any government contract | **AZ-2019-003-00** | |

Case 2:24-bk-01730-PS   Doc 1   Filed 03/08/24   Entered 03/08/24 10:50:23   Desc
Main Document    Page 22 of 38

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.8.**   State what the contract or lease is for and the nature of the debtor's interest     **Building Lease paid to Pegasus West Valley North Owner LLC**

State the term remaining     **1/31/25**

List the contract number of any government contract

                                             **Equus Management Co. AZ LLC
8888 E. Raintree Dr. Suite 155
Scottsdale, AZ 85260**

---

**2.9.**   State what the contract or lease is for and the nature of the debtor's interest     **Janitorial/Cleaning services**

State the term remaining     **Month to Month**

List the contract number of any government contract

                                             **M&E Cleaning (Eric Looper)
19589 W. Grant St
Buckeye, AZ 85326**

Debtor name    **Independence Plus, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **David Brieno** | **6333 N 14th St**<br>**Phoenix, AZ 85014** | **Arizona/Phoenix**<br>**Industrial Properties** | ☐ D _____<br>■ E/F   3.5<br>☐ G _____ |
| 2.2 **Gregory Triandafilou** | **6333 N 14th St**<br>**Phoenix, AZ 85014** | **Equus Management**<br>**Co. AZ LLC** | ☐ D _____<br>■ E/F   3.12<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Independence Plus, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **7/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$750,764.34** |
| **For year before that:**<br>From **7/01/2022** to **6/30/2023** | ■ Operating a business<br>☐ Other _____ | **$1,007,263.92** |
| **For the fiscal year:**<br>From **7/01/2021** to **6/30/2022** | ■ Operating a business<br>☐ Other _____ | **$1,106,715.23** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Case 2:24-bk-01730-PS    Doc 1    Filed 03/08/24    Entered 03/08/24 10:50:23    Desc
Main Document        Page 25 of 38

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Equus Management Co. AZ LLC** **8888 E. Raintree Dr. Suite 155** **Scottsdale, AZ 85260** | 1/9/24 6,564.51 2/9/24 7,039.81 3/4/24 7,039.81 | $20,644.13 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Monthly Building Lease Payments** |
| 3.2. **Arizona Industrial Properties** **5100 N. 40th Street** **Phoenix, AZ 85018** | 1/9/24 2,757.72 2/9/24 2,845.96 3/4/24 2,851.11 | $8,454.79 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Monthly Garage Lease** |
| 3.3. **Banner Aetna Group Health** **PO Box 775392** **Chicago, IL 60677-5392** | 12/12/23 3,607.96 1/5/24 3,607.96 2/8/24 3,607.96 | $10,823.88 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Employee Health Insurance** |
| 3.4. **Guide One Insurance** **1111 Ashworth Road** **West Des Moines, IA 50265-3538** | 1/3/24 6,077.20 2/2/24 6,258.91 3/2/24 6,258.91 | $18,595.02 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ■ Other **Commercial Auto, Umbrella, and Liability Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Gregory Triandafilou** **6333 N 14th St** **Phoenix, AZ 85014** **Executive Director** | **Various** | **$74,598.33** | **Payroll every two weeks** |
| 4.2. **David Brieno** **6333 N 14th St** **Phoenix, AZ 85014** **Executive Director** | **Various** | **$51,342.18** | **Payroll every two weeks** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Independence Plus, Inc. | Case number (if known) | |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Burgess Law Group<br>3131 E. Camelback Road Ste 224<br>Phoenix, AZ 85016 | Chapter 11 Petition Filing Fee | 3/4/24 | $1,738.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

       **Name, address, and birthdate**
       _____
       Does the debtor have a privacy policy about that information?
       ☐ No
       ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Red Rock Accounting Group**<br>**2500 S Power Rd**<br>**Ste 129**<br>**Mesa, AZ 85209** | **Since at least 2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Red Rock Accounting Group** **2500 S Power Rd** **Ste 129** **Mesa, AZ 85209** | **Since at least 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Red Rock Accounting Group** **2500 S Power Rd** **Ste 129** **Mesa, AZ 85209** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gregory Triandafilou** | **6333 N 14th St** **Phoenix, AZ 85014** | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Victoria Turns** | **8777 N Gainey Center Drive** **Ste 100** **Scottsdale, AZ 85258** | **President of Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph Langlois** | **4141 E Lewis** **Phoenix, AZ 85008** | **Vice President of the Board** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paula Kawasaki** | **7407 W Willow Ave** **Peoria, AZ 85381** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Schell** | **29089 N Tsavorite Rd** **San Tan Valley, AZ 85143** | **Secretary** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **David Brieno** | **6333 N 14th St** <br> **Phoenix, AZ 85014** | **Executive Director** | **1998 through August 2023** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 . | **Gregory Triandafilou** <br> **6333 N 14th St** <br> **Phoenix, AZ 85014** | **74,598.33** | **Various** | **Payroll** |
| | **Relationship to debtor** <br> **Interim Executive Director** | | | |
| 30.2 . | **David Brieno** <br> **63333 N 14th St** <br> **Phoenix, AZ 85014** | **51,342.18** | **Various** | **Payroll** |
| | **Relationship to debtor** <br> **Executive Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

| Debtor | Independence Plus, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March  8, 2024__

| | |
|---|---|
| __/s/ Gregory Triandafilou__ | __Gregory Triandafilou__ |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    __Executive Director__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **9**

Case 2:24-bk-01730-PS    Doc 1    Filed 03/08/24    Entered 03/08/24 10:50:23    Desc
Main Document    Page 33 of 38

# United States Bankruptcy Court
## District of Arizona

In re **Independence Plus, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Executive Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 8, 2024** _____

Signature **/s/ Gregory Triandafilou**
**Gregory Triandafilou**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Arizona

In re **Independence Plus, Inc.** _____

_____ Debtor(s)

Case No. _____

Chapter **11** _____

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Executive Director of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __3__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **March 8, 2024** _____

**/s/ Gregory Triandafilou** _____
**Gregory Triandafilou/Executive Director**
Signer/Title

Date: **March 8, 2024** _____

**/s/ Lindsi M. Weber** _____
Signature of Attorney
**Lindsi M. Weber**
**The Burgess Law Group**
**3131 E Camelback Road**
**Suite 224**
**Phoenix, AZ 85016**
**(602) 806-2100**

Independence Plus, Inc. -

ADOBE
345 PARK AVE
SAN JOSE CA 95110-2704

ADT COMMERCIAL
PO BOX 219044
KANSAS CITY MO 64121-9044

AMTRUST FINANCIAL
800 SUPERIOR AVENUE E
CLEVELAND OH 44114

APS
PO BOX 37812
BOONE IA 50037-0812

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
1789 W. JEFFERSON
MAIL DROP 2HC3
PHOENIX AZ 85007

ARIZONA/PHOENIX INDUSTRIAL PROPERTIES
5100 N. 40TH STREET
PHOENIX AZ 85018

BANNER AETNA GROUP HEALTH
PO BOX 775392
CHICAGO IL 60677-5392

CENTURY LINK
PO BOX 91155
SEATTLE WA 98111-9255

CHASE INK CARD SERVICES
PO BOX 6294
CAROL STREAM IL 60197-6294

CIRCLE K FLEET
PO BOX 639
PORTLAND ME 04104-0639

CITY OF PHOENIX-PUBLIC TRANSIT DIRECTOR
302 N. 1ST AVENUE, SUITE 900
PHOENIX AZ 85003

Independence Plus, Inc. -


COX BUSINESS
PO BOX 53249
PHOENIX AZ 85072-3249


DAVID BRIENO
6333 N 14TH ST
PHOENIX AZ 85014


DEVOTED BILLING SERVICE
232 MANSELL HILL RD
GAINESBORO TN 38562


EQUUS MANAGEMENT CO. AZ LLC
8888 E. RAINTREE DR. SUITE 155
SCOTTSDALE AZ 85260


GLOBE LIFE LIBERTY NATIONAL
PO BOX 248889-73124
OKLAHOMA CITY OK 73124-8889


GREGORY TRIANDAFILOU
6333 N 14TH ST
PHOENIX AZ 85014


GUIDE ONE INSURANCE
1111 ASHWORTH ROAD
WEST DES MOINES IA 50265-3538


M&E CLEANING (ERIC LOOPER)
19589 W. GRANT ST
BUCKEYE AZ 85326


NETFLIX
5808 SUNSET BLVD
LOS ANGELES CA 90028


PEGASUS WEST VALLEY NORTH OWNER LLC
PO BOX 743229
LOS ANGELES CA 90074-3229


REPUBLIC BANK OF ARIZONA - BL
645 E. MISSOURI AVE
STE 108
PHOENIX AZ 85012

Independence Plus, Inc. -


REPUBLIC BANK OF ARIZONA - PPP LOAN
645 E. MISSOURI AVE
STE 108
PHOENIX AZ 85012-1314


SECURE CARE GROUP INSURANCE
PO BOX 29697
PHOENIX AZ 85038-9697


SRP
PO BOX 2951
PHOENIX AZ 85062-2951


T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596